THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-255-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  ORDER |
| | ) |
| EARL MITCHELL HARRIS, JR., | ) |
| | ) |
| Defendant. | ) |

Earl Mitchell Harris, Jr. ("Harris" or "defendant") moved for reduction of sentence [D.E. 43]. On March 1, 2021, Harris was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Earl Mitchell Harris") (last visited February 9, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 43] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge